**SOAProjects**

SOAProjects, Inc
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

July 7, 2008

Dear Jayaraman Swaminathan,

We would be delighted to have you join SOAProjects team and are pleased to offer you a position as a Manager. The terms and conditions of the Employment Agreement is outline below. We hope you will agree that we can offer you an unparallel opportunity to grow professionally, and work and learn with the best people in the industry. Please do not hesitate to contact me at (650) 960-9900 to further discuss the Employment Agreement.

The Employment Agreement (the "Agreement") is entered into as of July 21st, 2008 the Effective Date by and between SOAProjects, Inc, a California Corporation, ("SOAProjects" or the "Company") and Jayaraman Swaminathan, an individual residing in California ("Employee").

**Term of Employment**

SOAProjects employs Employee and Employee accepts employment by the Company as of the Effective Date on the terms and conditions set forth in the Agreement. The term of employment ("Term of Employment") shall commence as of the July 21st, 2008 and shall continue thereafter until SOAProjects, Inc. can keep the employee engaged on Financial/IT projects unless sooner terminated, pursuant to Section on Early Termination below in the Agreement. The employee will submit bi-weekly time sheets signed by the client Manager. On termination of the employment with the Company the Employee shall sign the release agreement which would be provided by SOAProjects to enable the Company to make full and final settlement to the Employee.

**Duties**

During the Term of Employment, Employee shall have the title, perform and faithfully discharge the duties and responsibilities of a Manager carrying on different IT Audit Projects projects including but not limited to Oracle Projects. Employee shall use his/her best efforts to perform and discharge such duties and responsibilities in such a manner as the Company's management may reasonably prescribe to Employee from time to time. Employee shall also use his/her best efforts to observe all policies, procedures and other requirements not inconsistent with his/her Agreement that may be implemented or revised by the Company during the Term of Employment.

**Commitment of Employee**

Employee shall devote substantially all of his/her productive business time, attention, knowledge and skills exclusively to the performance of his/her duties hereunder throughout the Term of Employment and

Page 1 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential



**SOAProjects, Inc**
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

shall at all times discharge his/her duties faithfully, industriously and to the best of his/her ability, experience and talents.

## Compensation

Employee's salary will be $115,000 per annum with the option of medical benefits and 401k, and will be paid bi-weekly.Upon termination of his/her Agreement pursuant to the Section on Early Termination below, the Company shall have no obligation to pay salary or other benefits to Employee except as may be provided in the Section on Early Termination below. SOAProjects do not bill for travel time and/or for over time therefore do not either pay to our employees and/or consultants.

## Commission

Employee shall be entitled to sales commission plan. The Employee will receive a commission, when a signed and written contract with a new client has been obtained and the new client has had no prior interaction with SOAProjects, Inc. The commission will be based upon the discretion of SOAProjects management. Commissions will be calculated at 5% -10% of gross margin on the respective project to be determined at the inception of the engagement. Employee is not entitled for commission if he is working for the client he referred but will get bonus to bring the new client. The Commission will be paid quaterly after the client is invoiced and payment received from the client. No commission is payable if the client fails to sign the contract and the individual time sheet for the respective consultants.

## Bonus

Employee will be entile to spot bonus on signing up new contract with new clients and will also be eligible for a annual bonus depending on the feed back from the SOAProjects management and clients.

## Employee Benefits

Employee will be eligible and have the opportunity to participate in the Company's standard health insurance coverage and 401K Plan. Information on the Company's standard health insurance and 401K Plan will be provided to you upon signing of the Employment Agreement. The employee has the option to accept or decline to participate in the Company's 401K and Health Insurance coverage. Company will cover 75% of employee's medical premium. Employee will be solely responsbile for the medical premium of his/her family. Employee is eligible for 2 weeks of paid vacation and 1 week of sick leave. The company will sponsor employee's H1-B visa and the company will also sponsor employee's green card with a commitment that the employee will continue to work with SOAProjects for a period of 2 years after the approval of green card. If the employee terminates his employement prior to the completion of 2 years from the day of approval of the green card, the employee shall reimburse the company the entire greencard filing and sponsorship fees.

Page 2 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential

**SOAProjects**

SOAProjects, Inc
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

### Early Termination.

*Termination Upon Permanent Disability or Death.*

The Agreement shall automatically terminate upon the permanent disability or death of Employee, subject to the obligation of the Company to pay Employee or Employee's personal representative or designated beneficiary, as the case may be, the balance of Employee's salary and other benefits for the remainder of the month in which disability or death occurs. Should Employee become permanently disabled, Employee or his/her personal representative shall be entitled to receive his/her termination compensation set forth above.

*Termination for Cause.*

During the Term of Employment, the Company may at any time, without giving notice to Employee, immediately terminate the Agreement if Employee (a) commits any act of embezzlement, theft, fraud or dishonesty prohibited by law or regulation; (b) engages in unfair competition with the Company or any subsidiary of the Company whether or not wholly-owned; (c) is convicted of any felony; (d) breaches any material provision of the Confidentiality Agreement entered into by Employee pursuant to the Agreement; (e) uses illegal drugs or (f) willfully breaches any other material provision of the Agreement. If Employee materially breaches or habitually neglects or fails in any material way to perform the usual and customary duties of his/her job, or any other duties required to be performed under the terms of the Agreement, or the policies of the Company, the Company may, at its option, terminate the Agreement by giving written notice of termination to Employee. Any termination pursuant to either of the two preceding sentences shall be without prejudice to any other remedy to which the Company may be entitled either at law, in equity, or under the Agreement. Before the Company may terminate the Agreement by reason of Employee's habitual neglect of or failure to perform the usual and customary duties of his/her job or policies of the Company, the Company must first notify Employee in writing, setting forth in detail those duties and/or policies which Employee has habitually neglected or failed to perform, and provide Employee a reasonable period of time, not less than fifteen (15) days and not to exceed thirty (30) days, in which to cure such neglect or failure. If Employee does not cure the specified areas of neglect or failure, the Company may terminate the Agreement immediately by giving Employee written notice. At the time of any termination for cause, Employee shall be entitled to receive any salary and employment benefits which shall have accrued prior to the date of termination, but shall not be entitled to any bonus or severance payments, salary or employment benefits relating to periods subsequent to the date of termination.

Page 3 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential

**SOAProjects**

SOAProjects, Inc
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

*Termination By Employee*

Employee may terminate the Agreement for any reason, or no reason, by giving fifteen (15) days' written notice of termination to the Company. Upon termination by Employee, all rights accruing to Employee under the terms of the Agreement shall cease, and Employee shall not be entitled to any bonus, commission, or severance payments, salary or employment benefits, except to the extent earned and accrued prior to the termination date.

*Termination Without Cause*

Employee's employment with the Company during the Term of Employment may be terminated by the Company at any time without cause, by the Company's giving fifteen(15) days prior written notice. A termination without cause, for purposes of the Agreement, means termination by the Company other than as provided for in the Sections above.

**Nondisclosure of Confidential Information**
Concurrently with the execution and delivery of the Agreement, Employee agrees to enter into the Company's Confidentiality Agreement for senior executive officers of the Company in the form attached as Exhibit A (the "Confidentiality Agreement"). In the event of any inconsistency between the terms and provisions of the Agreement and those of the Confidentiality Agreement, the terms and provisions of the Agreement shall prevail.

**Non-Competition**
Employee agrees that during the Term of Employment and for the period thereafter , Employee will not engage, directly or indirectly, at the client he is working on for SOAProjects, Inc.. Such agreement not to compete shall extend after the date of termination for one year if employee voluntarily terminates employment for a period of one year if the Company involuntarily terminates Employee's employment. If the employee is approached by the client, the employee is required to inform the SOAProjects management immediately and permission is on SOAProjects management descretion.

**Solicitation.**
During the Term of Employment, and for the period of one (1) years thereafter, Employee agrees that she/he will not, without the Company's prior written consent, solicit or encourage any of the employees of the Company to leave the employment of the Company, or terminate or alter their contractual relationships in a way that is adverse to the Company's interest or, during the period of Employee's employment, solicit business from any customer of the Company on behalf of any competitor of the Company.

Page 4 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential



SOAProjects, Inc  
495 N.Whisman Road,  
Suite#500  
Mountain View, CA 94043  
Telephone (650) 960 9900  
Facsimile (650) 960 2400

**Governing Laws**
It is the intention of the parties hereto that the internal laws of the State of California (irrespective of its choice of law principles) shall govern the validity of the Agreement, the construction of its terms, and the interpretation and enforcement of the rights and duties of the parties hereto.

**Entire Agreement**
The Agreement (together with the Confidential Agreement) constitutes the entire understanding and agreement of the parties hereto with respect to the subject matter hereof and thereof and supersedes all prior and contemporaneous agreements or understanding, inducements or conditions, express or implied, written or oral, between the parties with respect hereto and thereto.

Any terms or provision of the Agreement may be amended, and the observance of any term of the Agreement may be waived (either generally or in a particular instance and either retroactively or prospectively) only by a writing signed by the party to be bound thereby. The waiver by a party of any breach hereof or default in the performance hereof shall not be deemed to constitute a waiver of any other default or any succeeding breach or default.

**Other Matters**

Upon acceptance of the offer, a welcome package will be provided detailing the payroll documents that need to be completed and faxed to the office prior to your start date.

We look forward to working with you in the near future and hope there will be the beginning of a rewarding relationship and believe that you will find significant career opportunities and challenges that will be professionally rewarding and mutually satisfying.

Please sign and date the Employement Agreement and return them to me at the earliest.

Sincerely,

*[signature]*

Manav Singh
Partner

Page 5 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential



**SOAProjects, Inc**
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

IN **WITNESS WHEREOF,** the parties hereto have executed the Agreement as of the date first hereinabove written.

EMPLOYEE: **Jayaraman Swaminathan**

EMPLOYEE'S ADDRESS FOR NOTICE:

**EMPLOYEE SIGNATURE & DATE:** _[signature]_  07/07/08

COMPANY: **SOAProjects, Inc**

By: _[signature]_

Name: **Manav Singh**
Title: **Partner**

Page 6 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential



SOAProjects, Inc
495 N.Whisman Road,
Suite#500
Mountain View, CA 94043
Telephone (650) 960 9900
Facsimile (650) 960 2400

# EXHIBIT A

**Confidentiality Agreement**

**A. Company Information:** Employee agrees at all times during the term of employment and thereafter, to hold in strict confidence, and not to use, except for the benefit of Company, or to disclose to any person, firm or corporation without prior written authorization of Company, the Confidential Information of Company. Employee understands that "Confidential Information" means any Company proprietary information, technical data, trade secrets or know-how, including, but not limited to, research, product plans, products, services, customer lists and customers (including, but not limited to, customers of the Company on whom Employee calls or with whom Employee becomes acquainted during the term of his/her employment), software developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration, information, marketing, financial or other business information disclosed to Employee by company either directly or indirectly in writing, orally or by drawings or observation. Company acknowledges that Confidential Information does not include any of the foregoing items that have become publicly known and made generally available through no wrongful act of Employee or of others who were under confidentiality obligations as to the item or items involved.

**B. Third Party Information.** Employee recognizes that Company has received and in the future will receive from third parties their confidential or proprietary information (including, but not limited to, software programs provided by license) subject to a duty on Company's part to maintain the confidentiality of such information and to use it only for certain limited purposes. Employee agrees to hold all such confidential or proprietary information in the strictest confidence and not to disclose it to any person, firm or corporation or to use it except as necessary in carrying out my work for Company consistent with Company's agreement with such third party. Employee agrees to comply with Company's policies and procedures, as applicable from time to time, with respect to such information.

**C. Former Employer Information:** Employee agrees not to improperly use or disclose any proprietary information or trade secrets of any former or concurrent employer or other person or entity and Employee will not bring onto the premises of the Company any unpublished document or proprietary information belonging to any such employer, person or entity unless consented to in writing by such employer, person or entity.

Employee's Initial _____

SOAProjects, Inc. Initial _____

Page 7 of 7
Please Contact: SOAProjects, Inc
495 N whisman Road,Suite#500
Mt View, CA 94043
Ph/FAX:(650)960 9900/(650)960 2400

SOAProjects, Inc Private and Confidential