HARMEET K. DHILLON (SBN: 207873)
NITOJ P. SINGH (SBN: 265005)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff SOAProjects, Inc.

SCOTT G. LAWSON (SBN: 174671)
LISA G. LAWSON (SBN: 169503)
IAN W. FORGIE (SBN: 307721)
PENNINGTON LAWSON LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone: (415) 484-4343
Facsimile: (415) 480-6706

Attorneys for Defendants Jayaraman Swaminathan and AppWrap, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA -**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOAPROJECTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>JAYARAMAN SWAMINATHAN, an individual; APPWRAP, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case Number: 16-CV-03982-NC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND COURT RETAIN JURISDICTION TO ENFORCE SETTLEMENT; ORDER** |

1 | Plaintiff SOAProjects, Inc. ("SOAProjects"); Defendant Jayaraman Swaminathan ("Swaminathan"), and Defendant AppWrap, LLC ("AppWrap") (Swaminathan and AppWrap, collectively, "Defendants"), by and through their respective attorneys, file this stipulation pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and stipulate that:

    1. SOAProjects and Defendants attended a settlement conference before Magistrate Judge Jacqueline Scott Corley on February 6, 2017;

    2. The parties reached a settlement of this matter at the settlement conference, which was read into the record, and is reflected at Dkt. No. 24;

    3. Pursuant to the settlement, *inter alia*:

        a. all claims or causes of action that were asserted by SOAProjects against Defendants in the Complaint (Dkt. No. 1) are to be dismissed with prejudice;

        b. each party is to bear its own attorneys' fees and costs; and

    4. SOAProjects and Defendants jointly request that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement.

Accordingly, SOAProjects and Defendants request that the Court dismiss this matter with prejudice, and retain jurisdiction to enforce the terms of the settlement reached by the parties.

Dated: March 17, 2017                    DHILLON LAW GROUP INC.

                                        By: */s/ Nitoj P. Singh*
                                             Nitoj P. Singh

                                             Attorneys for Plaintiff SOAProjects, Inc.

Dated: March 17, 2017                    PENNINGTON LAWSON LLP

                                        By: */s/ Scott G. Lawson*
                                           Scott G. Lawson

                                           Attorneys for Defendants Jayaraman Swaminathan and AppWrap LLC

**ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal of Action with Prejudice, and good cause appearing, IT IS ORDERED that:

1. All claims or causes of action that were asserted by SOAProjects against Defendants in the Complaint (Dkt. No. 1) are hereby dismissed with prejudice;

2. Each party shall bear its own attorneys' fees and costs;

3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 17, 2017



Hon. Nathanael M. Cousins
United States Magistrate Judge